# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2019

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158141(53)

KAITLIN HAHN,
            Plaintiff-Appellee,

v

GEICO INDEMNITY COMPANY,
            Defendant-Appellant,
and

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
            Defendant.
_____/

SC: 158141
COA: 336583
Oakland CC: 2016-152229-NF

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before January 22, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2019



Clerk